45D10-2104-CT-000335

Lake Superior Court, Civil Division 6

Filed: 4/8/2021 2:19 PM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) ) SS: | IN THE LAKE SUPERIOR COURT |
| COUNTY OF LAKE | ) | SITTING AT _____, INDIANA |
| ESTATE OF KEITH J. HOPKINS, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CAUSE NO.: 45D10-2104-CT-000335 |
| ARCELOR MITTAL INDIANA HARBOR, LLC, | ) ) ) | |
| Defendant. | ) ) | |

## COMPLAINT FOR WRONGFUL DEATH

***COMES NOW***, Plaintiff, Estate of Keith J. Hopkins (hereinafter referred to as "Hopkins"), by counsel, Jewell Harris, Jr. of Harris Law Firm, P.C., and in support of its claim against Defendant, Arcelor Mittal Indiana Harbor, LLC. (hereinafter referred to collectively as "Arcelor Mittal"), pursuant to Indiana's Wrongful Death Act, I.C. 34-23-1-1, states as follows:

1. That at all relevant times herein, Keith J. Hopkins was a resident of Lake County, Indiana and employed at Arcelor Mittal, located at 3210 Watling Street, East Chicago, Indiana.

2. That at all relevant times herein, Arcelor Mittal was an employer doing busines within the State of Indiana.

3. On July 12, 2020, while on duty, Hopkins collapsed in the break room of Arcelor Mittal, and his co-workers at that time called for the Arcelor Mittal emergency response team.

4. The emergency response team, located at Arcelor Mittal's East Chicago, Indiana plant, did not arrive to the scene in a timely manner, did not arrive with qualified emergency

response personnel, and was not properly equipped to handle Hopkins' medical emergency, thereby causing severe medical injuries to Hopkins which ultimately lead to his death.

5. As a direct and proximate cause of Arcelor Mittal's gross negligence and wanton disregard for health and safety, Hopkins passed away on July 20, 2020.

6. On January 6, 2021, the Honorable Probate Commissioner Benjamin Ballou of the Lake Superior Court Probate Division, appointed Felita Hopkins as the Personal Representative/Special Administrator of the Wrongful Death Estate of Keith J. Hopkins. (*See* **Exhibit "A"**).

***WHEREFORE***, Plaintiff, the Estate of Keith J. Hopkins, by counsel, respectfully prays for entry of judgment against Arcelor Mittal Indiana Harbor, LLC, for an amount sufficient to compensate Plaintiff for injuries, expenses, and for all other just and proper relief.

*Jewell Harris, Jr.*
Jewell Harris, Jr., Atty. No. 22383-45

## JURY DEMAND

Plaintiff, the Estate of Keith J. Hopkins, hereby demands trial by jury in the above captioned cause.

*Jewell Harris, Jr.*
Jewell Harris, Jr., Atty. No. 22383-45

HARRIS LAW FIRM, P.C.
11410 Broadway
Crown Point, IN 46307
Tel: (219) 661-1110
Fax: (219) 661-1118

**45D10-2104-EU-000005**
Lake Superior Court, Civil Division 6

Filed: 4/8/2021 2:19 PM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | LAKE SUPERIOR COURT |
| | ) ss: | PROBATE DIVISION |
| COUNTY OF LAKE | ) | CROWN POINT, INDIANA |

FILED IN OPEN COURT
January 6, 2021
ss: Bexx P. P.
JUDGE, LAKE SUPERIOR COURT,
CIVIL DIVISION, ROOM 7

IN THE MATTER OF THE ESTATE OF )
) CAUSE NO.
KEITH J. HOPKINS, Deceased. )

### ORDER APPOINTING ADMINISTRATOR FOR SOLE PURPOSE OF COLLECTING DAMAGES FOR WRONGFUL DEATH

Comes now FELITA L. HOPKINS, and files her verified petition for letters of administration for the sole purpose of collecting damages for injuries and/or wrongful death, which petition is on file with the Court and a part of the Court's record.

And the Court, having examined said petition and being duly advised, now finds as follows:

1. That KEITH J. HOPKINS died on July 20, 2020, while domiciled in Lake County, Indiana.

2. That the decedent died intestate, and according to the petition filed, the heirs of the decedent are as follows: Wife: Felita L. Hopkins, 6831 Van Buren Place, Merrillville, IN 46410; Keith J. Hopkins, II, 6831 Van Buren Place, Merrillville, IN 46410; and Eugene Dykes, 6831 Van Buren Place, Merrillville, IN 46410.

3. That FELITA L. HOPKINS is appointed personal representative of the estate of KEITH J. HOPKINS for the sole purpose of bringing an action concerning the decedent's alleged injuries/or wrongful death.

4. That upon FELITA L. HOPKINS taking an oath and without the requirement of a bond, the Clerk of the Lake Superior Court of Lake County shall issue Letters of Administration to FELITA L. HOPKINS.



EXHIBIT "A"

*ESTATE OF KEITH J. HOPKINS*
*CAUSE NO.*
*Page 2*

5. That the letters issued by the clerk shall reflect that the administration is for the sole purpose of collecting damages for the injuries/wrongful death of the decedent.

ALL OF WHICH IS FOUND AND RECOMMENDED this __6th__ day of ____January____, 2021.

_____
Probate Commissioner, Lake Superior Court

ALL OF WHICH IS ORDERED this __6th__ day of ____January____, 2021.

_____
Judge, Lake Superior Court

Distribution List:
Petitioner, c/o Jewell Harris, Jr., Harris Law Firm, P.C., 11410 Broadway, Crown Point, IN 46307

**Notice of Removal**

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ESTATE OF KEITH J. HOPKINS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. _____ |
| | ) |
| ARCELORMITTAL INDIANA | ) |
| HARBOR, LLC, | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF THERESE P. VANDE HEY

I, Therese P. Vande Hey, declare under penalty of perjury that the following is true and correct based upon my personal knowledge:

1. I am employed as Assistant Secretary for Cleveland-Cliffs Steel LLC, which was previously named ArcelorMittal USA LLC.

2. I have reviewed plaintiff's Complaint in which plaintiff seeks damages as a result of a July 12, 2020 incident allegedly occurring at ArcelorMittal Indiana Harbor's premises located in East Chicago, Indiana. The named defendant – ArcelorMittal Indiana Harbor LLC – was merged into ArcelorMittal USA LLC, effective December 31, 2017. ArcelorMittal USA LLC owned the premises where the alleged incident occurred. Cleveland-Cliffs Steel LLC is now the name of ArcelorMittal USA LLC.

3. Cleveland-Cliffs Steel LLC has a single member, Cleveland-Cliffs Steel Holdings, Inc. Cleveland-Cliffs Steel Holdings, Inc. is a corporation organized under the laws of the State of Ohio. Cleveland-Cliffs Steel Holdings, Inc. has its principal place of business in Ohio.

4. Pursuant to 28 U.S.C. 1746(2), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 4, 2021      By: _Therese Vande Hey_